1  Leonard Pickman
   963 Diaz Lane
2  Foster City, CA 94404
   (650)504-0257
3  (415)277-9667

RECEIVED
NOV 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
NOV 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Leonard Pickman, | Case No.: 08-2762 CW |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER ENLARGING TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| Michael Astrue, Commissioner of Social Security, | |
| Defendant | Judge: Hon. Claudia Wilken |

The Court has considered Plaintiff's Stipulated Request for Order Enlarging Time and the accompanying Declaration of Leonard Pickman. Finding that good cause exists for the extension, the Request is GRANTED. Plaintiff shall have [30] days from the date of this Order to file a Motion for Summary Judgment.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/13/08

_____
Hon. Claudia Wilken
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER ENLARGING TIME, Case No. 08-2762 CW, Page- 1