IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEONARD PICKMAN,

       Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
                                    /

No. 08-02762 CW

ORDER TAKING MOTION UNDER SUBMISSION

On November 12, 2008, Plaintiff filed a Motion to Grant ECF Access to E-File.  Plaintiff's motion is taken under submission. Plaintiff shall file within two weeks of this Order a declaration stating that he has reviewed General Order 45 and the requirements for e-filing and that he is able to comply with all the requirements for e-filing.  Failure to file the declaration will result in denial of the motion.

    IT IS SO ORDERED.

Dated  11/21/08

                                           CLAUDIA WILKEN
                                           United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEONARD PICKMAN,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY et al,

        Defendant.

Case Number: CV08-02762 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leonard Pickman
963 Diaz Lane
Foster City, CA 94404

Dated: November 21, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2